Copy Mailed by First Class Mail to JORDAN ALVAREZ (Reg # 85466-054), USP BIG SANDY U.S. PENITENTIARY, P.O. BOX 2068, INEZ, KY 41224.    AM

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JORDAN ALVAREZ | )<br>)<br>)<br>)  Case No: 1:(S2)17-CR-149-02(LAK)<br>)  USM No: 85466-054<br>) |
| Date of Original Judgment: 04/01/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )  Jordan Alvarez, pro se<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/12/24

Except as otherwise provided, all provisions of the judgment dated 04/01/2019 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/11/24

Effective Date: 5/21/24
*(if different from order date)*

Judge's signature

*Printed name and title*